# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LADONNA HUNTER-DELAHO,

    Plaintiff,

v.                                                                  Civ. No. 20-77 WJ/GBW

TRIPLE S. TOWER, INC., and
MICRWAVE TRANSMISSION SYSTEMS, INC.,

    Defendants.

## RULE 58 JUDGMENT

THIS MATTER came before the Court upon Defendants' Motion for Summary Judgment, filed March 29, 2021 **(Doc. 41)**. Pursuant to the findings and conclusions set forth in the Memorandum Opinion and Order which accompanies this Rule 58 Judgment; **(Doc. 57)**;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that Defendants' Motion for Summary Judgment **(Doc. 41)** is hereby GRANTED, thus disposing of this case on its merits and in its entirety.

                                                                    _____
                                                                    WILLIAM P. JOHNSON
                                                                    CHIEF UNITED STATES DISTRICT JUDGE